COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARCUS DALE JOHNSON, # 352281, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:04-cv-01322 |
| ) | JUDGE TODD |
| STATE OF TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING SECOND MOTION FOR ENLARGEMENT OF TIME

THIS MATTER comes before the Court upon the motion of the defendant, State of Tennessee, for an enlargement of time in to respond to the complaint, pursuant to Fed. R. Civ. P. 6(b). The Court, having reviewed and considered the motion, FINDS that good cause has been shown for an enlargement of time in which to respond to the complaint.

It is therefore ORDERED that defendant State of Tennessee is GRANTED a four (4) day enlargement of time in which to file a response to the complaint. Such response shall be due on or before July 1, 2005.

IT IS SO ORDERED this 24th day of June, 2005

S. Thomas Anderson USMJ

~~The Hon. James D. Todd~~
~~United States District Judge~~

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/27/05

131748/MBS                          -1-

Submitted for entry by:

PAUL G. SUMMERS
Attorney General and Reporter


_____
MICHAEL B. SCHWEGLER, BPR # 22563
Assistant Attorney General
Office of The Attorney General
Civil Rights & Claims Division
P.O. Box 20207
Nashville, TN 37202
(615) 532-2500

## CERTIFICATE OF SERVICE

I hereby certify that true and exact copies of the foregoing were served by first-class U.S. Mail, postage pre-paid, upon

> Marcus Dale Johnson, # 352281
> WTSP
> PO Box 1150
> Henning, TN 38041

and

> Michael B. Schwegler
> Assistant Attorney General
> Office of The Attorney General
> Civil Rights & Claims Division
> P.O. Box 20207
> Nashville, TN 37202

on this the ___ day of _____, 2005.

_____
Clerk/Judge

## CERTIFICATE OF SERVICE

I hereby certify that true and exact copies of the foregoing were served by first-class U.S. Mail, postage pre-paid, upon

>Marcus Dale Johnson, # 352281
>WTSP
>PO Box 1150
>Henning, TN 38041

on this the 23rd day of June, 2005.

*Michael B. Schwegler*
Assistant Attorney General

131748/MBS

-3-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:04-CV-01322 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Michael B. Schwegler
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202--020

Marcus Dale Johnson
352281
P.O. Box 1150
Henning, TN 38041

Honorable James Todd
US DISTRICT COURT